FAYER GIPSON LLP
Gregory A. Fayer (State Bar. No. 232303)
GFayer@fayergipson.com
Elliot B. Gipson (State Bar No. 234020)
egipson@fayergipson.com
Minh Z. Kuo (State Bar No. 287489)
MKuo@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile:  310.557.3589

JS-6

Attorneys for plaintiff/counter-defendant
CYBERsitter, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, | CASE NO. CV 12-5293-RSWL (AJWx) |
| Plaintiff, | |
| vs. | **ORDER** |
| Google Inc., a Delaware corporation; ContentWatch, Inc., a Utah corporation, d/b/a Net Nanny; and DOES 1-10, inclusive, | Judge:  Hon. Ronald S. W. Lew<br>Ctrm:   21 |
| Defendants. | Action Filed:       June 18, 2012<br>Discovery Cutoff:   Sept. 2, 2013<br>Pretrial Conference: Jan. 7, 2014<br>Trial Date:         Jan. 28, 2014 |
| AND RELATED COUNTERCLAIMS | |

///

///

///

ORDER

1    The above-entitled action, including all claims and counterclaims asserted

2  therein, is hereby dismissed in its entirety with prejudice, pursuant to Rule 41(a)(2) of

3  the Federal Rules of Civil Procedure.

4    IT IS SO ORDERED.

5

6

7  Dated: 6-4-2013

## RONALD S.W. LEW
_____

8    Hon. Ronald S. W. Lew
Senior, U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FAYER GIPSON LLP**

1
ORDER